**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jaime Vargas | Social Security number or ITIN   xxx–xx–4976 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21–10289–ABA

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jaime Vargas

3/5/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W **Chapter 13 Discharge** page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-10289-ABA

Jaime Vargas                                                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                         Page 1 of 2

Date Rcvd: Mar 05, 2026             Form ID: 3180W                    Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaime Vargas, P.O. Box 665, Absecon, NJ 08201-0665 |
| 519073677 | + | Atlantic Care Health Gall, P.O. Box 786061, Philadelphia, PA 19178-6061 |
| 519073679 | + | Atlantic Regional Medical Center, P.O. Box 786361, Philadelphia, PA 19178-6361 |
| 519073680 | + | Bayview LLC, 1006 S Main St. 4A, Pleasantville, NJ 08232-3356 |
| 519073681 | + | Bayview Loan Servicing, c/o Phelan Hallinan & Diamond, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 519073687 | + | Galloway Twp Tax Office, 300 E Jimmie Leeds Rd, Absecon, NJ 08205-4199 |
| 519073688 | + | Galloway Twp Tax Office, 300 E. Jimmie Leeds Road, Galloway, NJ 08205-4199 |
| 519073689 | + | Hyberg White and Mann, 2111 New road, Suite 105, Northfield, NJ 08225-1512 |
| 519073690 | + | Knuckles, Komosinski & Manfro, LLP, Michel Lee, 50 Tice Boulevard, Woodcliff Lake, NJ 07677-7654 |
| 519114817 | + | Limosa, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 519110492 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, Woodbridge, NJ 07095-5195 |
| 519073692 | + | New Jersey Water Co., P.O. Box 578 Sallton 11, Alton, IL 62002-0578 |
| 519073694 | + | Society Hill at Galloway III, Diversified Property Management Inc, P O Box 61448, Phoenix, AZ 85082-1448 |
| 519085122 | + | Society Hill at Galloway III Condo Assn, c/o Hyberg White & Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2026 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2026 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519073678 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 05 2026 21:03:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 519115473 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 05 2026 21:03:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point nj 08069-3600 |
| 519073683 | | Email/Text: cfcbackoffice@contfinco.com | Mar 05 2026 21:03:00 | Cerulean Mastercard, PO Box 6812, Carol Stream, IL 60197 |
| 519073682 | | EDI: CAPITALONE.COM | Mar 06 2026 01:46:00 | Capital One, Attn: Bankruptcy Dept, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519073684 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 05 2026 21:04:56 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 519073685 | + | EDI: DISCOVER | Mar 06 2026 01:46:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 519073686 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 05 2026 21:02:00 | EZ Pass, P.O. Box 4973, Trenton, NJ 08650 |
| 519073693 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 05 2026 21:02:00 | Nissan Motor Acceptance, P.O. Box 660360, |

District/off: 0312-1                         User: admin                              Page 2 of 2

Date Rcvd: Mar 05, 2026                      Form ID: 3180W                           Total Noticed: 27

|  |  |  | Dallas, TX 75266-0360 |
| 519111690 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Mar 05 2026 21:02:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519073696 | + Email/Text: bankruptcynotice@sjindustries.com | | |
| | | Mar 05 2026 21:03:00 | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 519074729 | + EDI: PRA.COM | | |
| | | Mar 06 2026 01:46:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519128014 | *+ | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519073695 | *+ | Society Hill at Galloway III, Diversified Property Management Inc, P O Box 61448, Phoenix, AZ 85082-1448 |
| 519073691 | ##+ | Land Home Financial Services, P.O. Box 702725, Dallas, TX 75370-2725 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Jaime Vargas terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4